Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

FILED

# UNITED STATES DISTRICT COURT

for the

MIDDLE District of FLORIDA

2022 OCT -7 PM 2:01

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

ORLANDO Division

| | |
|---|---|
| m.a giscombe <br><br> *Plaintiff(s)* <br> *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* <br> -v- <br><br> U.S. Department of Housing and Urban Development <br><br> *Defendant(s)* <br> *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No. 6:22-CV-1842-WWB-DCI <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)* ☐ Yes ☑ No |

## COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE
(28 U.S.C. § 1332; Diversity of Citizenship)

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | m.a. giscombe |
| Street Address | 2602 Roughside cir |
| City and County | kissimmee |
| State and Zip Code | fl, 34746 |
| Telephone Number | nonrequired |
| E-mail Address | nonrequired |

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

Defendant No. 1

| | |
|---|---|
| Name | U. S . Department of Housing and Urban Development |
| Job or Title *(if known)* | U. S . Department of Housing and Urban Development |
| Street Address | 451 7th St., |
| City and County | Washington |
| State and Zip Code | DC 20410 |
| Telephone Number | nonrequired |
| E-mail Address *(if known)* | nonrequired |

Defendant No. 2

| | |
|---|---|
| Name | NONREQUIRED |
| Job or Title *(if known)* | NONREQUIRED |
| Street Address | NONREQUIRED |
| City and County | NONREQUIRED |
| State and Zip Code | NONREQUIRED |
| Telephone Number | NONREQUIRED |
| E-mail Address *(if known)* | NONREQUIRED |

Defendant No. 3

| | |
|---|---|
| Name | NONREQUIRED |
| Job or Title *(if known)* | NONREQUIRED |
| Street Address | NONREQUIRED |
| City and County | NONREQUIRED |
| State and Zip Code | NONREQUIRED |
| Telephone Number | NONREQUIRED |
| E-mail Address *(if known)* | NONREQUIRED |

Defendant No. 4

| | |
|---|---|
| Name | NONREQUIRED |
| Job or Title *(if known)* | NONREQUIRED |
| Street Address | NONREQUIRED |
| City and County | NONREQUIRED |
| State and Zip Code | NONREQUIRED |
| Telephone Number | NONREQUIRED |
| E-mail Address *(if known)* | NONREQUIRED |

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual

    The plaintiff, *(name)* **M . A . GISCOMBE**, is a citizen of the State of *(name)* **UNITED STATES**.

2. If the plaintiff is a corporation

    The plaintiff, *(name)* **NONREQUIRED**, is incorporated under the laws of the State of *(name)* **NONREQUIRED**, and has its principal place of business in the State of *(name)* **NONREQUIRED**.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B. The Defendant(s)

1. If the defendant is an individual

    The defendant, *(name)* **NONREQUIRED**, is a citizen of the State of *(name)* **NONREQUIRED**. Or is a citizen of *(foreign nation)* **NONREQUIRED**.

2. If the defendant is a corporation

    The defendant, *(name)* **Department of Housing and Urban Development**, is incorporated under the laws of the State of *(name)* **HOUSING AND URBAN DEVELOPMENT**, and has its principal place of business in the State of *(name)* **WASHINGTON**. Or is incorporated under the laws of *(foreign nation)* **NONREQUIRED**, and has its principal place of business in *(name)* **NONREQUIRED**.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence, U.S. DEPARTEMNT OF HOUSING AND URBAN DEVELOPMENT OCTOBER 01 ,2022 ANTOINETTE AT STUDIOMG.USA AT GMAIL.COM

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On (date)  07/31/2022 , at (place)  451 SW 7TH ST , Department of Housing and Urban Development ,
the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because (describe the acts or failures to act and why they were negligent)
THE DEFENDENT OF FEDERAL QUESTIONS ( U . S . Department of Housing and Urban Development) NEEDS TO UPDATE WEBSITE AND LOCATIONS TO ACCOMADATE PERSONS IN NEED OF PERMANATE HOUSING WITH THE UNITED STATES , OCTOBER 6 ,2022

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by (explain)
THE DEFENDENT OF FEDERAL QUESTIONS ( U . S . Department of Housing and Urban Development) NEEDS TO UPDATE WEBSITE , LOCATIONS AND REVIEW REPORTS EVERYDAY TO ACCOMADATE PERSONS IN NEED OF PERMANATE HOUSING WITHIN THE UNITED STATES , OCTOBER 6 ,2022

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

" 10 years I was forced to rent places that did not meet federal sanitation codes or construction codes, and where not livable for humans. I was not able to get a refund from any of the companies or persons involved. I tried to find a permeanate finalsale house , the companies told me that they do not finalsale houses to people in there 20's , or within my current salary range, or to people on government benefits. See terms of proposal.1.Income is not a factor, me and most of the people I know have already been cheated and abused to our last dollar by " hate groups" and "real estate scammers" and do not have funds available for permenate shelter 2. All housing in this presentation will have to be donated , within the established sqft 499 garden level on each side , 999 sqft interior ( total of all floors) (, 15 ft ceilings). 3. Establish New hires, with new created dollar design will have to happen every year  TO MAINTAIN Construction codes, inventory of housing to be permanently donated to any persons 18+ years of age or older that year. 4. Demolish and recycle every year to have supplies  5. Any person found in violation of federal sanitation  petitioned for arrest immediately. "U.S  DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT BY studiomg.usa at gmail . " REQUEST TO RELEASE HOUSING VOUCHER WITHIN 90DAYS seeattachedforfull U.S DEPART. HOUSINGproposaltermswithphotos .OCTOBER 01 ,2022

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/06/2022

Signature of Plaintiff: _mg_
Printed Name of Plaintiff: m .a . giscombe

### B. For Attorneys

Date of signing: nonrequired

Signature of Attorney: nonrequired
Printed Name of Attorney: nonrequired
Bar Number: nonrequired
Name of Law Firm: nonrequired
Street Address: nonrequired
State and Zip Code: nonrequired
Telephone Number: nonrequired
E-mail Address: nonrequired